Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com
          dfingerman@mount.com

Attorneys for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Glad Products Company, Bajer Design & Marketing Inc., Bayer Corporation, Bright Image Corporation, Church & Dwight Co. Inc., Colgate-Palmolive Company, Combe Incorporated, The Dial Corporation, Exergen Corporation, GlaxoSmithKline LLC, Hi-Tech Pharmacal Co. Inc., Johnson Products Company Inc., Maybelline LLC, McNeil-PPC Inc., Medtech Products Inc., Playtex Products Inc., Reckitt Benckiser Inc., Roche Diagnostics Corporation, SoftSheen-Carson LLC, Sun Products Corporation, Sunstar Americas Inc.<br><br>Defendants | Case No. 5:10-CV-00966 JF<br><br>**PROOF OF SERVICE ON PLAYTEX PRODUCTS INC.** |

Case No. 5:10-CV-00966 JF

## PROOF OF SERVICE

I am a citizen of the United States. My business address is RiverPark Tower, Ste. 1650, 333 W. San Carlos, San Jose, CA 95110. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the document(s) listed below as follows:

**Playtex Products Inc.**
**Agent: Secretary of State**
**30 Trinity Street**
**Hartford, CT, 06106**

Summons; Complaint; Civil Case Cover Sheet; US District Court Guidelines; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of Service of Summons; General Order No.40; ECF Registration Information Handout; General Order No. 45; Notice of Electronic Availability of Case File Information; General Order No. 53; Instructions for Completion of ADR Forms Regarding Selection of ADR Process; ADR Certification by Parties and Counsel; Stipulation and [Proposed] Order Selecting ADR Process; Notice of Need for ADR Phone Conference; Order of the Chief Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order re Pretrial Preparation Standing Order regarding Case Management n Civil Cases; and Standing Order for all Judges in the Northern District of California

☒ (BY CERTIFIED/RETURN RECEIPT MAIL) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above, pursuant to agreement among the parties.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 16, 2010.

MICHELLE BIKUL

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.92 | 3/16/10 |
| Certified Fee | 2.80 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 8.02 | |

Sent To: Playtex Products Inc.
Street, Apt. No.; or PO Box No.: Agent: Secretary of State
30 Trinity Street
City, State, ZIP+4: Hartford, CT, 06106

7009 2250 0000 3571 0063

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Playtex Products Inc.
   Agent: Secretary of State
   30 Trinity Street
   Hartford, CT, 06106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature: R. Mitchell]*    ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name): R. Mitchell
C. Date of Delivery: 3-19-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0000 3571 0063

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540