1  RICHARD B. GOETZ (State Bar No. 115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, California  90071
3  Telephone:  (213) 430-6000
   Facsimile:   (213) 430-6407
4  E-Mail:       rgoetz@omm.com

5  ROBERTA H. VESPREMI (State Bar No. 225067)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, California  94025
7  Telephone:  (650) 473-2600
   Facsimile:   (650) 473-2601
8  E-Mail:       rvespremi@omm.com

9  Attorneys for Defendant
   MCNEIL-PPC, INC.
10

11 KATHRYN G. SPELMAN (State Bar No. 154512)
   DANIEL H. FINGERMAN (State Bar No. 229683)
12 MOUNT & STOELKER, P.C.
   RiverPark Tower, Suite 1650
13 333 West San Carlos Street
   San Jose, California  95110
14 Telephone:  (408) 279-7000
   Facsimile:   (408) 998-1473
15 E-Mail:       kspelman@mount.com
                  dfingerman@mount.com

16 Attorneys for Plaintiff
   SAN FRANCISCO TECHNOLOGY INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. 5:10-cv-00966-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT MCNEIL-PPC, INC.'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| THE GLAD PRODUCTS COMPANY, et al. | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between plaintiff San Francisco Technology Inc. ("plaintiff") and defendant McNeil-PPC, Inc. ("defendant"), by and through their counsel of record as follows:

    WHEREAS plaintiff filed its Complaint on March 5, 2010, and defendant was served on March 18, 2010;

    WHEREAS the current deadline for defendant to answer, move or otherwise respond to the Complaint is April 7, 2010;

    WHEREAS defendant has not previously sought to extend its time to answer, move or otherwise respond to the Complaint;

    WHEREAS because defendant's counsel requires additional time to adequately investigate the pertinent facts and applicable law, and to determine how to appropriately respond to the Complaint, the plaintiff and defendant respectfully request the Court to extend the defendant's time to answer, move or otherwise respond to the Complaint to May 14, 2010.

    NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate as follows:  Defendant's last day to answer, move or otherwise respond to the Complaint is May 14, 2010.

    SO STIPULATED.

Dated: March 24, 2010                O'MELVENY & MYERS LLP

                                     By:  /s/ Roberta H. Vespremi
                                              Roberta H. Vespremi

                                     Attorneys for Defendant
                                     MCNEIL-PPC, INC.

Dated: March 24, 2010                MOUNT & STOELKER, P.C.

                                     By:  /s/ Daniel H. Fingerman
                                              Daniel H. Fingerman

                                     Attorneys for Plaintiff
                                     SAN FRANCISCO TECHNOLOGY, INC.

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for plaintiff, Daniel H. Fingerman.

Dated: March 24, 2010                    O'MELVENY & MYERS LLP

By: _____/s/ Roberta H. Vespremi_____
          Roberta H. Vespremi

Attorneys for Defendant
MCNEIL-PPC, INC.

**ORDER**

IT IS SO ORDERED.

Dated: March 26, 2010

_____
The Honorable Jeremy D. Fogel
United States District Judge

MP1:1191666.1

**Certificate of Service**

The undersigned certifies that on March 24, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date:  March 24, 2010                              O'MELVENY & MYERS LLP


                                                   By:  /s/ Roberta H. Vespremi
                                                        Roberta H. Vespremi

                                                   Attorneys for Defendant
                                                   MCNEIL-PPC, INC.

- 4 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 5:10-cv-00966-JF