1  IRENA ROYZMAN
   PATTERSON BELKNAP WEBB & TYLER LLP
2  1133 Avenue of the Americas
   New York, New York 10036
3  Telephone:  (212) 336-2000
   Facsimile:  (212) 336-2222
4  E-Mail:     iroyzman@pbwt.com

5  Attorneys for Defendant
   MCNEIL-PPC, INC.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  SAN FRANCISCO TECHNOLOGY INC.,          Case No. 5:10-cv-00966-JF

13                        Plaintiff,        APPLICATION OF ATTORNEY
                                            IRENA ROYZMAN FOR ADMISSION
14       v.                                 PRO HAC VICE

15  THE GLAD PRODUCTS COMPANY, et al.

16                        Defendants.

17          Pursuant to Civil L.R. 11-3, Irena Royzman, an active member in good standing of the Bar

18  of the State of New York, 1st Department, hereby applies for admission to practice in the

19  Northern District of California on a *pro hac vice* basis representing defendant McNeil-PPC, Inc.

20  in the above entitled action.

21          In support of this application, I certify under oath that:

22          1.      I am an active member in good standing of the Bar of the State of New York, 1st

23  Department (2004), District Court for the Southern District of New York (2005) and Court of

24  Appeals for the Federal Circuit (2006).

25          2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

26  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

27  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

28

FILED

2010 MAR 30  P 1: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

FILE VIA FAX

ROYZMAN PRO HAC VICE APPLICATION - 5:10-cv-00966-JF

1

    3.     An attorney who is a member of the bar of this Court in good standing and who

2

maintains an office within the State of California has been designated as co-counsel in the above-

3

entitled action. The name, address and telephone number of that attorney is:

4

       Roberta H. Vespremi, O'MELVENY & MYERS LLP, 2765 Sand Hill Road, Menlo Park,

5

California 94025; Telephone: (650) 473-2600.

6

7

      I declare under penalty of perjury under the laws of the United States that the foregoing is

8

true and correct.

9

10

    Dated: _March 24, 2010_

11

                                Irena Royzman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROYZMAN PRO HAC VICE APPLICATION - 5:10-cv-00966-JF

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611007081
Cashier ID: harwellt
Transaction Date: 03/30/2010
Payer Name: A and A Legal Service, Inc.
------------------------------------
PRO HAC VICE
 For: Irena Royzman
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Krista D. Caner
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Steven A. Zalesin
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1139
 Amt Tendered: $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

Case # 10-cv-966-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```