FREDERICK G. HEROLD (SBN: 229239)
frederick.herold@dechert.com
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
Telephone:     +1  650  813  4800
Facsimile:     +1  650  813  4848

Attorney for Defendant
CHURCH & DWIGHT CO. INC.

KATHYRN G. SPELMAN, (SBN 154512)
kspelman@mount.com
DANIEL H. FINGERMAN, (SBN 229683)
dfingerman@mount.com
**MOUNT & STOELKER, P.C.**
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Telephone:     +1  408  279  7000
Facsimile:     +1  408  998  1473

Attorneys for Plaintiff,
SAN FRANCISCO TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC. MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC.<br><br>                    Defendants. | Case No. CV10-00966-JF<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 EXTENDING TIME FOR DEFENDANT CHURCH & DWIGHT CO. INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;
Case No. CV10-00966-JF

13766241

1    Pursuant to Civil L.R. 6-1(a), Plaintiff SAN FRANCISCO TECHNOLOGY INC.

2    ("Plaintiff") and Defendant CHURCH & DWIGHT CO. INC., appearing through their respective

3    counsel, hereby stipulate that CHURCH & DWIGHT CO. INC. shall have until May 14, 2010 to

4    answer, move, or otherwise respond to Plaintiff's Complaint.

5         This stipulation does not alter the date of any event or deadline already fixed by Court

6    order.

7

8    Dated: April 6, 2010                    Dechert LLP

9

10   By: _____
                                              Frederick G. Herold

11

12                                            Attorney for Defendant
                                              CHURCH & DWIGHT CO. INC.

13   Dated: April 6, 2010                    Mount & Stoelker, P.C.

14

15

16   By: _____
                                              Kathryn G. Spelman

17                                            Daniel H. Fingerman

18                                            Attorneys for Plaintiff
                                              SAN FRANCISCO TECHNOLOGY
19                                            INC.

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;
Case No. CV10-00966-JF

1

13766241