Roderick M. Thompson (State Bar No. 96192)
 rthompson@fbm.com
Janel Thamkul (State Bar No. 261122)
 jthamkul@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
THE GLAD PRODUCTS COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. 5:10-cv-00966-JF |
| Plaintiff, | |
| vs. | |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO., INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC. | **STIPULATION TO EXTEND TIME FOR THE GLAD PRODUCTS COMPANY TO RESPOND TO COMPLANT [Civil Local Rule 6-1(a)]** |
| Defendants. | |

Pursuant to Local Rule 6-1(a), Plaintiff San Francisco Technology and Defendant The Glad Products Company, by and through their undersigned counsel, stipulate and agree that

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation to Extend Time for The Glad Products Company to Respond to Complaint
Case No. 5:10-cv-00966-JF

1

25577\2224829.1

1  Defendant The Glad Products Company will have until May 14, 2010, to answer or otherwise
2  respond to the Complaint filed by Plaintiff, San Francisco Technology, Inc.  This change will not
3  alter the date of any event or any deadline already fixed by Court order.

4  Dated:  April 6, 2010                                              FARELLA BRAUN & MARTEL LLP

6                                                                              By:/s/ Roderick M. Thompson
7                                                                                      Roderick M. Thompson

8                                                                              Attorneys for Defendant
                                                                                The Glad Products Company

9  Dated:  April 6, 2010                                              MOUNT & STOELKER, P.C.

11                                                                             By: /s/ Daniel H. Fingerman
12                                                                                     Daniel H. Fingerman

13                                                                             MOUNT & STOELKER, P.C.
                                                                                RiverPark Tower, Suite 1650
14                                                                             333 West San Carlos Street
                                                                                San Jose, CA 95110-2740
15                                                                             Tel:  408-279-7000
                                                                                Fax:  408-998-1473

16                                                                             Attorneys for Plaintiff
17                                                                             San Francisco Technology Inc.

18  As the attorney electronically filing, I attest that Daniel H. Fingerman has concurred in this filing.

19  Dated:  April 6, 2010                                             FARELLA BRAUN & MARTEL LLP

21                                                                             By:  /s/ Roderick M. Thompson
22                                                                                     Roderick M. Thompson

23                                                                             Attorneys for Defendant
                                                                                The Glad Products Company

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation to Extend Time for The Glad
Products Company to Respond to Complaint       - 2 -                                     25577\2224829.1
Case No. 5:10-cv-00966-JF