| | |
|---|---|
| 1 | RYAN KROMHOLZ & MANION, S.C.<br>DANIEL R. JOHNSON, WI Bar No. 1033981 |
| 2 | djohnson@rkmiplaw.com<br>P.O. BOX 26618 |
| 3 | Milwaukee, WI 53226-0618<br>TELEPHONE: (262) 783-1300 |
| 4 | FACSIMILE: (262) 783-1211 |
| 5 | HANSON BRIDGETT LLP<br>STEPHEN B. PECK - 72214 |
| 6 | speck@hansonbridgett.com<br>425 Market Street, 26th Floor |
| 7 | San Francisco, CA 94105<br>TELEPHONE: (415) 777-3200 |
| 8 | FACSIMILE: (415) 541-9366 |
| 9 | Attorneys for Defendant Bajer Design & Marketing, Inc. |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC.,<br><br>Defendants. | No. CV10-00966 JF PVT<br><br>**DEFENDANT BAJER DESIGN & MARKETING, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(1), FED.R.CIV.P. 12(B)(6), FED.R.CIV.P. 8, AND FED.R.CIV.P. 9**<br><br>Date: June 11, 2010<br>Time: 9:00 a.m.<br>Ctrm: 3, 5th Fl., Hon. Jeremy Fogel<br><br>Complaint Filed: March 5, 2010 |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE, that on June 11, 2010 at 9 a.m., before the Honorable Judge Jeremy Fogel, at the United States District Court for the Northern District of California, 280 S. 1st Street, San Jose, California 95113, Defendant Bajer Design & Marketing, Inc. ("Bajer"), by and through its counsel of record, will move the Court to dismiss San Francisco Technology, Inc.'s ("SFTI") Complaint this case.

This Motion is based on the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, the accompanying request for judicial notice and such matters as the Court may take judicial notice, and argument and evidence to be presented at the hearing on this Motion.

## CONCISE STATEMENT OF RELIEF SOUGHT

Bajer hereby requests the Court dismiss San Francisco Technology, Inc.'s ("SFTI") Complaint this case *with prejudice* because SFTI lacks standing to bring this action. SFTI has not and cannot allege a cognizable injury in fact and therefore lacks *qui tam* Article III standing under 35 U.S.C. § 292(b) and therefore this Court lacks subject matter jurisdiction to decide this case. Fed.R.Civ.P. 12(b)(1). Further, SFTI has not stated a claim against Bajer upon which relief can be granted because Bajer's products are and were patented as indicated on the product packaging, and allegations of marking an expired patent number on a product cannot, standing alone, rise to the level of a violation of 35 U.S.C. § 292(a). Fed.R.Civ.P. 12(b)(6). Last, SFTI's Complaint

///
///
///
///
///
///
///
///

fails to meet minimum pleading standards and therefore must be dismissed.

Fed.R.Civ.P. 8, 9.

DATED:  April 8, 2010                                    RYAN KROMHOLZ & MANION, S.C.


By: _____//s//_____
DANIEL R. JOHNSON
Attorneys for Defendant Bajer Design & Marketing, Inc.

DATED:  April 8, 2010                                    HANSON BRIDGETT LLP


By: _____//s//_____
STEPHEN B. PECK
Attorneys for Defendant Bajer Design & Marketing, Inc.