RYAN KROMHOLZ & MANION, S.C.
DANIEL R. JOHNSON, WI Bar No. 1033981
djohnson@rkmiplaw.com
P.O. BOX 26618
Milwaukee, WI  53226-0618
TELEPHONE: (262) 783-1300
FACSIMILE: (262) 783-1211

HANSON BRIDGETT LLP
STEPHEN B. PECK - 72214
speck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
TELEPHONE:  (415) 777-3200
FACSIMILE:  (415) 541-9366

Attorneys for Defendant Bajer Design & Marketing, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>Plaintiff, <br><br>v. <br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC., <br><br>Defendants. | No. CV10-00966 JF PVT <br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BAJER DESIGN & MARKETING, INC.'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(1), FED.R.CIV.P. 12(B)(6), FED.R.CIV.P. 8, AND FED.R.CIV.P. 9** <br><br>Date:     June 11, 2010 <br>Time:    9:00 a.m. <br>Ctrm:    3, 5th Fl., Hon. Jeremy Fogel <br><br>Complaint Filed:  March 5, 2010 |

- 1 -

# [PROPOSED] ORDER GRANTING DEFENDANT BAJER DESIGN, INC.'s MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(1), FED.R.CIV.P. 12(B)(6), FED.R.CIV.P. 8, AND FED.R.CIV.P. 9

After considering the Memoranda of Points and Authorities filed by the parties herein, the pleadings and papers on file in this action;

**IT IS HEREBY ORDERED** that :

1. Bajer Design, Inc.' Motion to Dismiss Pursuant To Fed.R.Civ.P. 12(B)(1), Fed.R.Civ.P. 12(B)(6), Fed.R.Civ.P. 8, and Fed.R.Civ.P. 9 is **GRANTED** in its entirety; and

2. San Francisco Technologies, Inc.'s Complaint is hereby **DISMISSED**, with prejudice.

Dated:  June ___, 2010                    _____
                                          THE HONORABLE JEREMY FOGEL
                                          United States District Court Judge