RYAN KROMHOLZ & MANION, S.C.
DANIEL R. JOHNSON, WI Bar No. 1033981
djohnson@rkmiplaw.com
P.O. BOX 26618
Milwaukee, WI 53226-0618
TELEPHONE: (262) 783-1300
FACSIMILE: (262) 783-1211

HANSON BRIDGETT LLP
STEPHEN B. PECK - 72214
speck@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
TELEPHONE: (415) 777-3200
FACSIMILE: (415) 541-9366

Attorneys for Defendant Bajer Design & Marketing, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC., <br><br> Defendants. | No. CV10-00966 JF PVT <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT BAJER DESIGN & MARKETING, INC.'S MOTION TO STAY** <br><br> Date: June 11, 2010 <br> Time: <br> Ctrm: 3, 5th Fl., Hon. Jeremy Fogel <br><br> Complaint Filed: March 5, 2010 |

- 1 -

DEFENDANT BAJER DESIGN & MARKETING, INC.'S [PROPOSED]
ORDER GRANTING MOTION TO STAY, CASE NO. CV10-00966 JF PVT

2312601.1

# [PROPOSED] ORDER GRANTING DEFENDANT BAJER DESIGN, INC.'S MOTION TO STAY

After considering the Memoranda of Points and Authorities filed by the parties herein, the pleadings and papers on file in this action;

**IT IS HEREBY ORDERED** that all proceedings in this case are stayed until the Federal Circuit issues decisions on the merits in *Stauffer v. Brooks Bros.*, 615 F. Supp. 2d 248 (S.D.N.Y. 2009), Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009- 1453, and in *Pequignot v. Solo Cup Co.*, 646 F.Supp.2d 790 (E.D.Va. 2009).

Dated: June ___, 2010

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge