**FOLEY & LARDNER LLP**
LARRY L. SHATZER, *Pro hac vice*
lshatzer@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

**FOLEY & LARDNER LLP**
GINA A. BIBBY, BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

Attorneys for Defendant,
HI-TECH PHARMACAL CO. INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC., <br><br> Defendants. | Case No. CV10-00966 JF <br><br> **DECLARATION OF GINA A. BIBBY IN SUPPORT OF DEFENDANT HI-TECH PHARMACAL CO. INC.'S NOTICE OF MOTION AND MOTION TO SEVER AND TRANSFER VENUE TO EASTERN DISTRICT OF NEW YORK** |

1  I, Gina A. Bibby, declare as follows:

2. 1. I am an attorney at the law firm of Foley & Lardner LLP, counsel of record for Defendant HI-TECH PHARMACAL CO. INC. ("Hi-Tech") in the above entitled matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify to the truth of the statements made herein

2. Attached as Exhibit A is a true and correct copy of the Declaration of Mr. Gary M. April, executed on May 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 12th day of May, 2010, in Pueblo, CO.

_____
GINA A. BIBBY