# EXHIBIT A

**FOLEY & LARDNER LLP**
LARRY L. SHATZER, *Pro hac vice*
lshatzer@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

**FOLEY & LARDNER LLP**
GINA A. BIBBY, BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

Attorneys for Defendant,
HI-TECH PHARMACAL CO. INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC., <br><br> Defendants. | Case No. CV10-00966 JF <br><br> **DECLARATION OF GARY M. APRIL IN SUPPORT OF DEFENDANT HI-TECH PHARMACAL CO. INC.'S MOTION TO SEVER AND TRANSFER VENUE TO EASTERN DISTRICT OF NEW YORK** <br><br> Date: June 18, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 3, 5th Fl., Hon. Jeremy Fogel <br><br> Complaint Filed: March 5, 2010 |

Gary M. April, of full age, hereby declares as follow:

1. I am the President of the Health Care Products Division of Hi-Tech Pharmacal Co., Inc. ("Hi-Tech"). I currently reside in New York and work at Hi-Tech's Amityville, New York facility.

2. I have personal knowledge of the facts set forth herein, or believe them to be true based on information I have received in the course of my duties, and am competent to testify to the same.

3. I submit this declaration in support of Hi-Tech's Motion to Sever and Transfer Venue to Eastern District of New York.

4. Hi-Tech is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 369 Bayview Avenue, Amityville, New York, 11701.

5. Hi-Tech is in the business of researching, developing and manufacturing pharmaceutical drug products.

6. Hi-Tech maintains U.S. facilities in Amityville, New York and Montgomery Alabama. Hi-Tech has no facilities in the State of California. Hi-Tech has no employees in the State of California.

7. Hi-Tech is not registered with the California Secretary of State to do business in the State of California.

8. Hi-Tech does not own or lease any real property in the State of California. Hi-Tech does not maintain a bank account in the State of California.

9. Hi-Tech does not have any subsidiaries in the State of California.

10. Hi-Tech stopped selling Zostrix Neuropathy Cream in October 2009.

11. Hi-Tech did not manufacture or package Zostrix Neuropathy Cream in the State of California. Zostrix Neuropathy Cream was manufactured and packaged for Hi-Tech in Mississigua, Ontario, Canada.

12. Hi-Tech has not directly advertised Zostrix Neuropathy Cream in the State of California. Zostrix Neropathy Cream is advertised nationally via national publications and via

the website "www.zostrix.com," but that website and the published national advertisements did not and do not identify any patents.

13. None of the relevant documents and witnesses with substantive knowledge regarding the manufacture, labeling, packaging, marketing, advertising or sales is located in the State of California. Rather, most such documents are either in New York or Ontario.

14. Hi-Tech's patent marking decisions and activities all originated in New York.

15. All decisions relating to sale and promotion of Zostrix originate with the officers, managers and employees located in New York.

16. Hi-Tech's marketing and advertising is handled out of its New York headquarters.

I, Gary M. April, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge.

Dated: May 10, 2010

Gary M. April
Division President, HCP
Hi-Tech Pharmacal Co., Inc.