**E-Filed 5/18/10**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, et al., <br><br> Defendants. | Case Number C 10-966 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

ALL motions to dismiss, motions to stay, and motions to sever in this action will be heard on Thursday, July 8, 2010 at 1:30 p.m.  All such motions previously set for other dates are hereby RESET for July 8, 2010 at 1:30 p.m.  Any defendant who has not filed such a motion and wishes to do so shall file such motion on or before June 3, 2010, and notice the motion for July 8, 2010 at 1:30 p.m.

The Case Management Conference set for June 18, 2010 is RESET for July 8, 2010 at 1:30 p.m., immediately following the motion hearing.

DATED:  5/18/10

For the Court
Richard W.  Weiking, Clerk
By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk