Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Attorneys for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Glad Products Company, Bajer Design & Marketing Inc., Bayer Corporation, Bright Image Corporation, Church & Dwight Co. Inc., Colgate-Palmolive Company, Combe Incorporated, The Dial Corporation, Exergen Corporation, GlaxoSmithKline LLC, Hi-Tech Pharmacal Co. Inc., Johnson Products Company Inc., Maybelline LLC, McNeil-PPC Inc., Medtech Products Inc., Playtex Products Inc., Reckitt Benckiser Inc., Roche Diagnostics Corporation, SoftSheen-Carson LLC, Sun Products Corporation, Sunstar Americas Inc.<br><br>Defendants | Case No. 5:10-cv-00966-JF<br><br>**Declaration of Dan Mount in Support of Plaintiff's Opposition to Motions Seeking Transfer of Venue**<br><br>Date:    July 8, 2010<br>Time:    1:30 p.m.<br>Room:   Courtroom 3, 5th Floor<br>Judge:   Jeremy Fogel |

I, Dan Mount, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, except for those facts stated upon information and belief, as to which I am informed and believe they are true.

2. Plaintiff San Francisco Technology Inc. ("SF Tech") is a Delaware corporation with its principal place of business in San Jose, California. SF Tech is not operating outside of this District, and it has no employees or agents outside of this District.

3. I am the President and CEO of SF Tech, and it has no other officers or employees. As a small company, SF Tech would be subject to an extremely high burden if six defendants were severed from this case and transferred to various Districts across the country. At this time, SF Tech lacks the resources to pay for such travel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date set forth below.

Date: June 17, 2010

_____
Dan Mount

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Certificate of Service**

The undersigned certifies that on June 17, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: June 17, 2010                                    Mount & Stoelker, P.C.,
                                                                             /s/ Dan Fingerman
                                                                Attorneys for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\FALSE002\Attorney_Notes\Drafts\Opposition to venue motions - DSM declaration.doc