1  Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
   Tanya I. Wei [SBN 240867] (twei@kksrr.com)
2  Matthew T. Peters [SBN 256739] (mpeters@kksrr.com)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  555 Montgomery Street, 17th Floor
   San Francisco, CA  94111
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5

6  Attorneys for Defendant
   THE DIAL CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 SAN FRANCISCO TECHNOLOGY INC.,        Case No. 5:10-cv-00966-JF

13                  Plaintiffs,           **STIPULATION STAYING ALL
               v.                        PROCEEDINGS UNTIL THE
                                         FEDERAL CIRCUIT ISSUES A FINAL
14 THE GLAD PRODUCTS COMPANY,            DECISION IN *STAUFFER* AND
   BAJER DESIGN & MARKETING INC.,        SETTING DEADLINE FOR CERTAIN
15 BAYER CORPORATION, BRIGHT IMAGE       DEFENDANTS TO MOVE OR PLEAD
   CORPORATION, CHURCH & DWIGHT          TO 30 DAYS THEREAFTER AND
16 CO. INC., COLGATE-PALMOLIVE           [PROPOSED] ORDER**
   COMPANY, COMBE INCORPORATED,
17 THE DIAL CORPORATION, EXERGEN
   CORPORATION, GLAXOSMITHKLINE
18 LLC, HI-TECH PHARMACAL CO. INC.,
   JOHNSON PRODUCTS COMPANY INC.,
19 MAYBELLINE LLC, MCNEIL-PPC INC.,
   MEDTECH PRODUCTS INC., PLAYTEX
20 PRODUCTS INC., RECKITT BENCKISER
   INC., ROCHE DIAGNOSTICS
21 CORPORATION, SOFTSHEEN-CARSON
   LLC, SUN PRODUCTS CORPORATION,
22 SUNSTAR AMERICAS INC.

23                  Defendants.

24

25

26

27

28

1   Plaintiff San Francisco Technology Inc. ("Plaintiff") and the undersigned defendants, The

2   Dial Corporation and Johnson Products Company Inc. ("Defendants"), through their respective

3   counsel, hereby make the following stipulation (the "Stipulation"):

4   WHEREAS, Plaintiff filed its complaint (Dkt. No. 1) on March 5, 2010 (the "Complaint")

5   alleging that Defendants have falsely marked articles in violation of 35 U.S.C. § 292; and

6   WHEREAS, Plaintiff had earlier filed a substantially similar complaint asserting the same

7   false marking claim against other defendants in *San Francisco Technology Inc. v. Adobe Systems*

8   *Incorporated, et al.*, Case No. 2009-06083 ("*Adobe*"), on December 30, 2009; and

9   WHEREAS, on April 13, 2010, after full briefing and argument, Judge Seeborg of the

10  Northern District of California stayed *Adobe* pending resolution of *Stauffer v. Brooks Bros.*,

11  Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("*Stauffer*"); and

12  WHEREAS, Judge Seeborg held in *Adobe* that the circumstances in which a private party

13  has standing under Article III of the United States Constitution to bring a *qui tam* action for false

14  patent marking under 35 U.S.C. § 292(b) is an issue of first impression currently pending before

15  the United States Court of Appeals for the Federal Circuit in *Stauffer*; and

16  WHEREAS, Judge Seeborg held that once the *Stauffer* decision is rendered, the Federal

17  Circuit's reasoning and analysis will likely bear directly on this Court's consideration of the

18  pending motions to dismiss for lack of subject matter jurisdiction; and

19  WHEREAS, the parties agree that Judge Seeborg's reasoning is equally applicable to this

20  proceeding and, therefore, stipulate and agree that all claims asserted herein against Defendants

21  The Dial Corporation and Johnson Products Company Inc. should be stayed pending a final

22  decision by the Federal Circuit; and

23  WHEREAS, the Stipulation would stay the hearings and all related proceedings on the

24  Motion to Dismiss or, in the Alternative, to Stay, or in the Further Alternative, to Sever (Dkt. No.

25  159) filed by The Dial Corporation on May 7, 2010 as well as the Motion to Dismiss and Motion

26  to Stay in the Alternative filed by Johnson Products Company Inc. (Dkt. Nos. 193 and 194); and

27  WHEREAS, The Dial Corporation has previously stipulated with Plaintiff to extend time

28  to respond to the Complaint to May 7, 2010 (Dkt. No. 27); and

STIPULATION TO STAY AND SETTING DEADLINE
TO MOVE OR PLEAD AND [PROPOSED] ORDER
Case No. 5:10-CV-00966-JF

1        WHEREAS, the purpose of the stay is to narrow the litigated issues in this case and the

2  stipulating parties have agreed to further narrow the litigated issues in this case by agreeing that

3  venue and personal jurisdiction are appropriate in the Northern District of California for this case

4  (To be clear, except for the personal jurisdiction and venue aspects of this stipulation, the parties

5  to this stipulation have not waived any other potential right, claim, argument, counterclaim,

6  and/or defense in law or equity.); and

7        WHEREAS, the requested time modification would have no other effect on the schedule

8  for the case because currently no trial date has been set; and

9        WHEREAS, the parties herein have agreed to stay all proceedings until the Federal

10  Circuit issues a final decision in the *Stauffer* decision (or further order of this Court);

11        THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

12        These proceedings and all aspects of the case with respect to Defendants The Dial

13  Corporation and Johnson Products Company Inc. are hereby stayed until: (1) the Federal Circuit

14  issues a final decision in *Stauffer v. Brooks Bros*., Appeal Nos. 2009-1428, 2009-1430, 2009-

15  1453 (i.e., at the expiration of time to file a petition for rehearing or the denial of a timely-filed

16  petition); and (2) further order of the Court in accordance with the Federal Circuit's decision in

17  *Stauffer*; and

18        The responsive pleading of Defendants The Dial Corporation and Johnson Products

19  Company Inc. are hereby due 30 days thereafter; and

20        The stipulating parties have agreed that venue and personal jurisdiction are appropriate in

21  the Northern District of California for this case.  However, no other rights, defenses, and/or

22  arguments of either party are intended to be, or are, affected by this stipulation, except for those

23  related to venue and personal jurisdiction expressly stated above.  Specifically, nothing in Dial's

24  motion (Dkt. No. 159), Johnson Products' motions (Dkt. Nos. 193 and 194) nor Plaintiff's

25  potential objections and/or responses to those motions are waived, and Dial and Johnson Products

26  specifically reserve the right to reassert those defenses and/or arguments at a later time.

27

28

1    Respectfully submitted,

2    Dated:  June 11, 2010                KRIEG, KELLER, SLOAN, REILLEY &
3                                         ROMAN LLP

4                                         By:        /s/
5                                                 Christopher T. Holland
6                                                 Counsel for The Dial Corporation

7    In accordance with General Order No. 45, Section X(B), the above signatory attests that

8    concurrence in the filing of this document has been obtained from the signatory below.

9    Dated:  June 11, 2010                MOUNT & STOELKER, P.C.

10

11                                        By:        /s/
12                                                Daniel H. Fingerman
                                                 MOUNT & STOELKER, P.C.
13                                               333 West San Carlos Street,
                                                 Suite 1650
14                                               San Jose CA 95110
                                                 Telephone:    (408) 279-7000
15                                               Facsimile:    (408) 998-1473
                                                 Counsel for Plaintiff San Francisco
16                                               Technology Inc.

17   Dated:  June 11, 2010                Kirkland & Ellis LLP

18                                        By:        /s/

19                                        Matthew V. Topic
                                          Kirkland & Ellis LLP
20                                        300 North LaSalle
                                          Chicago IL  60654
21                                        Phone: 312/862-7363
                                          Fax:    312/862-2200
22                                        Email: matthew.topic@kirkland.com
                                          Counsel for Johnson Products Company Inc.
23
     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
24

25

26
     Dated:   6/15/10                     By:
27                                        THE HON. JEREMY FOGEL
                                          United States District Court Judge
28