1  WESLEY E. OVERSON (CA SBN 154737)
   WOverson@mofo.com
2  DANIEL P. MUINO (CA SBN 209624)
   DMuino@mofo.com
3  DAISY DANIELLE COLEMAN (CA SBN 248456)
   DColeman@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  415.268.7000
6  Facsimile:  415.268.7522

7  Attorneys for Defendant
   BAYER CORPORATION
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13

| SAN FRANCISCO TECHNOLOGY INC., | Case No.: CV10-00966 JF PVT |
|---|---|
| Plaintiff, | Judge:  Hon. Jeremy Fogel<br>Date:  July 8, 2010<br>Time:  1:30 p.m.<br>Courtroom:  3, 5th Floor |
| v. | |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC., | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BAYER CORPORATION'S REPLY IN SUPPORT OF MOTION TO STAY**<br><br>Complaint Filed: March 5, 2010 |
| Defendants. | |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BAYER'S REPLY
CASE NO. CV10-00966 JF PVT
sf-2860424

1       Defendant Bayer Corporation ("Bayer") requests that this Court take judicial notice of the following exhibits under Rule 201 of the Federal Rules of Evidence in connection with Bayer's Reply in Support of its Motion to Stay:

4       <u>RJN8</u> — Attached as <u>Exhibit H</u> is a true and correct copy of an Order dated June 9, 2010, in the case of *Hungerpiller v. Energizer Holdings, Inc.*, No. 2:10-cv-290-AKK, slip op. (N.D. Ala. June 9, 2010) (Kallon, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

9       <u>RJN9</u> — Attached as <u>Exhibit I</u> is a true and correct copy of an Order dated June 9, 2010, in the case of *Englehardt v. Costco Wholesale Corp.*, No. 1:10-cv-01424, minute entry (N.D. Ill. June 9, 2010) (Kocoras, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

14       <u>RJN10</u> — Attached as <u>Exhibit J</u> is a true and correct copy of a Minute Entry dated June 3, 2010, in the case of *Simonian v. Mead Westvaco Corp.*, No. 1:10-cv-01217, minute entry (N.D. Ill. June 3, 2010) (Castillo, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

19       <u>RJN11</u> — Attached as <u>Exhibit K</u> is a true and correct copy of a Minute Entry dated June 2, 2010, in the case of *Simonian v. Kimberly-Clark Corp.*, No. 1:10-cv-01214, minute entry (N.D. Ill. June 2, 2010) (Kocoras, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

24       <u>RJN12</u> — Attached as <u>Exhibit L</u> is a true and correct copy of an Order dated May 24, 2010, in the case of *O & G SearchQuest, Inc. v. McNeill-PPC, Inc.*, No. H-10-1004, slip op. (S.D. Tex. May 24, 2010) (Atlas, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

1   RJN13 — Attached as Exhibit M is a true and correct copy of an Order dated
2   May 20, 2010, in the case of *Hollander v. B. Braun Medical, Inc.*, No. 10-835, slip op. (E.D. Pa.
3   May 20, 2010) (McLaughlin, J.), which stayed the proceedings pending resolution of the Federal
4   Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430,
5   2009-1453.
6   RJN14 — Attached as Exhibit N is a true and correct copy of a Minute Entry dated
7   May 18, 2010, in the case of *Heathcote Holdings Corp. v. Clorox Co.*, No. 1:10-cv-00942, minute
8   entry (N.D. Ill. May 18, 2010) (Norgle, J.), which stayed the proceedings pending resolution of
9   the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428,
10  2009-1430, 2009-1453.
11  RJN15 — Attached as Exhibit O is a true and correct copy of an Order dated
12  May 17, 2010, in the case of *O & G SearchQuest, Inc. v. Procter & Gamble Co.*, No. H-10-1164,
13  slip op. (S.D. Tex. May 17, 2010) (Atlas, J.), which stayed the proceedings pending resolution of
14  the Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428,
15  2009-1430, 2009-1453.
16  RJN16 — Attached as Exhibit P is a true and correct copy of an Order dated
17  May 17, 2010, in the case of *Hirschhorn v. Church & Dwight Co*, No. 2:10-cv-1156-JF, slip op.
18  (E.D. Pa. May 17, 2010) (Fullam, J.), which stayed the proceedings pending resolution of the
19  Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-
20  1430, 2009-1453.
21  RJN17 — Attached as Exhibit Q is a true and correct copy of a Minute Entry dated
22  May 14, 2010, in the case of *Simonian v. L'Oreal USA Creative, Inc.*, No. 10 C 1345, minute
23  entry (N.D. Ill. May 14, 2010) (Coar, J.), which stayed the proceedings pending resolution of the
24  Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-
25  1430, 2009-1453.
26  RJN18 — Attached as Exhibit R is a true and correct copy of an Order dated
27  May 13, 2010, in the case of *Creston Elec., Inc. v. Lutron Elec. Co.*, No. 10-01390, slip op.
28  (D. N.J. May 13, 2010) (Cavanaugh, J.), which stayed the proceedings pending resolution of the

1  Federal Circuit appeal in *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-
2  1430, 2009-1453.

3       RJN19 — Attached as Exhibit S is a true and correct copy of an Order dated May 6, 2010,
4  in the case of *Hollander v. Hospira, Inc.*, No. 10-235, slip op. (E.D. Pa. May 6, 2010) (Dubois,
5  J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in *Stauffer v.*
6  *Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

7       RJN20 — Attached as Exhibit T is a true and correct copy of an Order dated May 5, 2010,
8  in the case of *Hollander v. Timex Group USA, Inc.*, No. 10-429, slip op. (E.D. Pa. May 5, 2010)
9  (Schiler, J.), which stayed the proceedings pending resolution of the Federal Circuit appeal in
10 *Stauffer v. Brooks Bros. Inc.*, Fed. Cir. Appeal Nos. 2009-1428, 2009-1430, 2009-1453.

11      "A court shall take judicial notice if requested by a party and supplied with the necessary
12 information." Fed. R. Evid. 201(d).  A fact is judicially noticeable if it is "not subject to
13 reasonable dispute in that it is . . . capable of accurate and ready determination by resort to
14 sources whose accuracy cannot be questioned." Fed. R. Evid. 201(b)(2).  Courts regularly take
15 judicial notice, under Rule 201, of judgments, orders, actions, records and oral argument
16 transcripts from other courts because such facts are capable of accurate and ready determination
17 by resort to reliable sources.  *See, e.g.*, *Engine Mfrs. Ass'n v. S. Coast Air Quality Mgmt. Dist.*,
18 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of oral argument transcript);
19 *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (taking judicial notice of a state court
20 decision and the briefs filed in that court); *Conopco, Inc. v. Roll Int'l,* 231 F.3d 82, 86 n.3 (2nd
21 Cir. 2000) (taking judicial notice of judgment and Notice of Appeal from related state court
22 action); *Mike's Train House, Inc. v. Lionel, LLC*, 472 F.3d 398, 411-12 (6th Cir. 2006) (citing a
23 string of authorities that have taken judicial notice of judgment and/or records from other cases).

24      Here, Bayer's request for judicial notice of the orders and minute entries attached hereto
25 should be granted because the documents are matters of public record and are capable of accurate
26 and ready verification by resort to sources whose accuracy cannot be questioned.

27
28

1  Dated: June 24, 2010              Respectfully submitted,

2
                                      By:  */s/ Daniel P. Muino*
3
                                      WESLEY E. OVERSON
4                                     DANIEL P. MUINO
                                      DAISY DANIELLE COLEMAN
5
                                      Attorneys for Defendant
6                                     BAYER CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF BAYER'S REPLY
CASE NO. CV10-00966 JF PVT
sf-2860424

4