| | |
|---|---|
| 1<br>2<br>3<br>4 | Robert J. Kent, CAB #250905;<br>rjkent@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071 |
| 5<br>6 | Attorney for Defendant<br>EXERGEN CORPORATION |
| 7<br>8<br>9<br>10<br>11 | Kathryn G. Spelman, CAB #154512;<br>kspelman@mount.com<br>Daniel H. Fingerman, CAB #229683;<br>dfingerman@mount.com<br>MOUNT & STOELKER, PC<br>River Park Tower, Suite 1650<br>333 W. San Carlos Sreet<br>San Jose, CA 95110<br>Telephone:  (408) 279-7000<br>Facsimile:   (408) 998-1473 |
| 12 | Attorneys for Plaintiff<br>SAN FRANCISCO TECHNOLOGY INC. |

**E-Filed 6/29/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGAGE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTART AMERICAS INC.,<br><br>                          Defendants. | Case No. CV10-00966 JF<br><br>**STIPULATION UNDER LOCAL RULES 6-1 AND 6-2 AND [PROPOSED] ORDER SHORTENING TIME** |

1  Defendant Exergen Corporation ("Exergen") and Plaintiff San Francisco Technology, Inc.
2  ("SF Tech") through their respective counsel, hereby make the following stipulation:
3  WHEREAS, Plaintiff SF Tech filed its complaint (D.I. 1) on March 5, 2010 ("the
4  Complaint");
5  WHEREAS, Plaintiff SF Tech served the Summons and Complaint on Exergen via U.S.
6  Mail on June 15, 2010 (Kent Decl., ¶3);
7  WHEREAS, Exergen received the Summons and Complaint on June 18, 2010 (Kent Decl.,
8  ¶4);
9  WHEREAS, pursuant to CCP § 415.40 (applicable pursuant to Fed. R. Civ. P. 4(h)(1)(A)
10 and Fed. R. Civ. P. 4(e)(1)) and Fed. R. Civ. P. 12(a)(1)(A)(i), the deadline for Exergen to move
11 or plead in response to the Complaint is July 21, 2010;
12 WHEREAS, Exergen intends to file a pre-answer motion pursuant, *inter alia*, to Fed. R.
13 Civ. P. 12(b);
14 WHEREAS, certain other defendants have filed pre-answer motions;
15 WHEREAS, on May 18, 2010, the Clerk in this matter posted a notice (D.I. 186) setting a
16 conference on July 8, 2010 to hear the defendants' motions to dismiss, motions to stay, and
17 motions to sever; and
18 WHEREAS, the parties believe that the interests of judicial efficiency favor hearing
19 Exergen's motion on July 8, 2010, together with the pre-answer motions of Exergen's co-
20 defendants,
21 NOW THEREFORE, THE PARTIES STIPULATE THAT:
22 Defendant Exergen shall file any motion to dismiss, motion to stay, or motion to sever no
23 later than June 30, 2010;
24 Plaintiff SF Tech shall file its opposition to Exergen's motion, if necessary, no later than
25 July 7, 2010; and
26 Any such motion shall be heard during the July 8, 2010 hearing currently scheduled in this
27 case.
28 ///

| | | |
|---|---|---|
| 1 | Dated: June 24, 2010 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: <u>*/s/ Robert J. Kent*</u> |
| 4 | |     Robert J. Kent |
| 5 | | Attorney for Defendant<br>EXERGEN CORPORATION |
| 6 | Dated: June 24, 2010 | MOUNT & STOELKER, PC |
| 7 | | |
| 8 | | By: *ced /s/ Robert J. Kent on behalf of* |
| 9 | |     <u>*Daniel H. Fingerman*</u><br>    Daniel H. Fingerman |
| 10 | | Attorneys for Plaintiff<br>SAN FRANCISCO TECHNOLOGY, INC. |

### **DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Daniel Fingerman.

| | | |
|---|---|---|
| 17 | Dated: June 24, 2010 | FISH & RICHARDSON P.C. |
| 18 | | |
| 19 | | By: <u>*/s/ Robert Kent*</u> |
| 20 | |     Robert J. Kent |
| 21 | | Attorney for Defendant<br>EXERGEN CORPORATION |

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3   Dated:  6/29/2010
    _____
    THE HONORABLE JEREMY FOGEL
    United States District Court Judge

7   50720060.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATION UNDER LOCAL RULES 6-1 AND 6-2 AND [PROPOSED] ORDER SHORTENING TIME** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by first class mail.

                                                  */s/ Robert J. Kent*
                                                 Robert J. Kent

50720060.doc