1  Robert J. Kent, CAB #250905
   rjkent@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone:  (650) 839-5070
4  Facsimile:   (650) 839-5071

5  Attorneys for Defendant
   EXERGEN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| SAN FRANCISCO TECHNOLOGY INC., | Case No. CV10-00966 JF |
|---|---|
| Plaintiff, | **DEFENDANT EXERGEN CORPORATION'S NOTICE OF CONSTITUTIONAL CHALLENGE** |
| v. | |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGAGE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTART AMERICAS INC., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 5.1 and N.D. Cal. Civ. L.R. 3-8, notice is hereby given that Defendant Exergen Corporation ("Exergen") has challenged the constitutionality of 35 U.S.C. § 292(b), to the extent that statute is construed to effect a delegation of executive authority in

violation of U.S. Const., Art. II, § 3.  *See Lujan v. Defenders of Wildlife,* 504 U.S. 555, 576 112 S.Ct. 2130 (1992); *Morrison v. Olson*, 487 U.S. 654, 696, 108 S.Ct. 2597 (1988).  Exergen raises its challenge in its Motion to Dismiss, Sever, or Transfer, filed on June 30, 2010.

Dated:  June 30, 2010          FISH & RICHARDSON P.C.

         By: */s/ Robert J. Kent*
             Robert J. Kent

Attorneys for Defendant
EXERGEN CORPORATION

50721419.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **DEFENDANT EXERGEN CORPORATION'S NOTICE OF CONSTITUTIONAL CHALLENGE** via the Court's CM/ECF system pursuant to Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

Pursuant to Federal Rules of Civil Procedure 5.1(a)(2), the undersigned hereby further certified that that on June 30, 2010, **DEFENDANT EXERGEN CORPORATION'S NOTICE OF CONSTITUTIONAL CHALLENGE** was served on the U.S. Attorney General by certified mail, return receipt requested, at the following address:

> United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

Pursuant to Local Rule 3-8, the undersigned hereby further certified that that on June 30, 2010, **DEFENDANT EXERGEN CORPORATION'S NOTICE OF CONSTITUTIONAL CHALLENGE** was served on the U.S. Attorney for the Northern District of California by certified mail, return receipt requested, at the following address:

> United States Attorney for the Northern District of California
> Heritage Bank Building
> 150 Almaden Blvd. Suite 900
> San Jose, CA 95113

> */s/Robert J. Kent*
> Robert J. Kent

50721419.doc