Robert J. Kent, CAB #250905
rjkent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorney for Defendant
EXERGEN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGAGE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTART AMERICAS INC., <br><br> Defendants. | Case No. CV10-00966 JF <br><br> **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Thomas A. Brown, whose business address and telephone number is Fish & Richardson, P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, (617) 542-5070, and who is an active member in good standing of the bar of the Commonwealth of Massachusetts, having

1  applied in the above-entitled action for admission to practice in the Northern District of California
2  on a *pro hac vice* basis, representing Exergen Corporation.
3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3.  All papers filed by Thomas A. Brown must indicate appearance *pro*
5  *hac vice*.  Service of papers upon and communication with co-counsel designated in the
6  application will constitute notice to the party.  All future filings in this action are subject to the
7  requirements contained in General Order No. 45, Electronic Case Filing.

9  Dated:   7/6  , 2010

11  _____
12  Honorable Jeremy D. Fogel
    United States District Court Judge

14  50720769.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

          /s/ Robert J. Kent
          Robert J. Kent

50721929.doc