**E-Filed 10/14/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>THE GLAD PRODUCTS COMPANY, <br><br>    Defendant. | Case Number 5:10-cv-00966-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>BAYER CORPORATION, <br><br>    Defendant. | Case Number 5:10-cv-03246-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>BRIGHT IMAGE CORPORATION, <br><br>    Defendant. | Case Number 5:10-cv-03247-JF/PVT |

Case No. 5:10-cv-00966-JF/PVT
ORDER LIFTING STAY
(JFLC2)

| | | |
|---|---|---|
| 1 | SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-03248-JF/PVT |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | GLAXOSMITHKLINE LLC, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-03249-JF/PVT |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | MCNEIL-PPC INC., | |
| 11 | Defendant. | |
| 12 | SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-03250-JF/PVT |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | PLAYTEX PRODUCTS, INC., | |
| 16 | Defendant. | |
| 17 | | Case Number 5:10-cv-03251-JF/PVT |
| 18 | SAN FRANCISCO TECHNOLOGY, INC., | |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | SUN PRODUCTS CORPORATION, | |
| 22 | Defendant. | |

The stay of litigation imposed by this Court's order of July 19, 2010 is HEREBY LIFTED.

DATED: 10/14/2010

_____
JEREMY FOGEL
United States District Judge

2