Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tanya I. Wei [SBN 240867] (twei@kksrr.com)
Matthew T. Peters [SBN 256739] (mpeters@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
THE DIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. 5:10-cv-00966-JF |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SEVERING CLAIMS AGAINST THE DIAL CORPORATION** |
| THE GLAD PRODUCTS COMPANY, BAJER DESIGN & MARKETING INC., BAYER CORPORATION, BRIGHT IMAGE CORPORATION, CHURCH & DWIGHT CO. INC., COLGATE-PALMOLIVE COMPANY, COMBE INCORPORATED, THE DIAL CORPORATION, EXERGEN CORPORATION, GLAXOSMITHKLINE LLC, HI-TECH PHARMACAL CO. INC., JOHNSON PRODUCTS COMPANY INC., MAYBELLINE LLC, MCNEIL-PPC INC., MEDTECH PRODUCTS INC., PLAYTEX PRODUCTS INC., RECKITT BENCKISER INC., ROCHE DIAGNOSTICS CORPORATION, SOFTSHEEN-CARSON LLC, SUN PRODUCTS CORPORATION, SUNSTAR AMERICAS INC. | |
| Defendants. | |

1  Plaintiff San Francisco Technology Inc. ("Plaintiff") and the undersigned defendant, The
2  Dial Corporation ("Dial"), through their respective counsel, hereby make the following
3  stipulation (the "Stipulation"):

4  WHEREAS, Plaintiff filed its Complaint (Dkt. No. 1) on March 5, 2010 (the "Complaint")
5  alleging that Dial as well as other defendants falsely marked articles in violation of 35 U.S.C. §
6  292; and

7  WHEREAS, on May 7, 2010, Dial previously filed a Motion to Dismiss or, in the
8  Alternative, to Stay, or in the Further Alternative, to Sever (Dkt. No. 159); and

9  WHEREAS, on June 22, 2010, the Court granted Plaintiff's and Dial's stipulation to stay
10  the proceedings and all aspects of the case with respect to Dial, including Dial's previous Motion
11  to Dismiss and/or Sever, and further Ordered that "[t]he responsive pleading of Defendants The
12  Dial Corporation and Johnson Products Company Inc. are hereby due 30 days" following "further
13  order of the Court in accordance with the Federal Circuit's decision in *Stauffer*" (Dkt. No. 238);

14  WHEREAS, the Court lifted the stay on October 14, 2010 (Dkt. No. 319); and

15  WHEREAS, in its July 19, 2010 Order, the Court found good cause to sever other
16  defendants in these proceedings (Dkt. No. 315);

17  THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

18  Plaintiff's claims against Dial should be severed into a separate case; and

19  As previously stipulated and Ordered, Dial has until November 15, 2010 to move, answer,
20  or otherwise respond to Plaintiff's Complaint, and except for venue and personal jurisdiction, all
21  rights, defenses, and/or arguments of either party remain intact.

22  Respectfully submitted,

23  Dated: October 22, 2010   KRIEG, KELLER, SLOAN, REILLEY &
                                ROMAN LLP
24

25

26  By:   /s/
          Christopher T. Holland
27        Counsel for The Dial Corporation

28  In accordance with General Order No. 45, Section X(B), the above signatory attests that

STIPULATION AND [PROPOSED] ORDER SEVERING CLAIMS AGAINST THE DIAL CORPORATION
Case No. 5:10-CV-00966-JF

1

1  concurrence in the filing of this document has been obtained from the signatory below.

2  Dated: October 22, 2010                                    MOUNT & STOELKER, P.C.

                                                              By:      /s/
                                                                    Daniel H. Fingerman
                                                                    MOUNT & STOELKER, P.C.
                                                                    333 West San Carlos Street,
                                                                    Suite 1650
                                                                    San Jose CA 95110
                                                                    Telephone:    (408) 279-7000
                                                                    Facsimile:    (408) 998-1473
                                                                    Counsel for Plaintiff San Francisco
                                                                    Technology Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk of the Court shall open a new case number for *San Francisco Technology, Inc. v. The Dial Corporation*, which case shall be assigned to The Honorable Jeremy Fogel, and shall file a copy of the Complaint in this action and this Order under that new case number once it is assigned.

Dated:  10/27/10                                              By:  _____
                                                                    THE HON. JEREMY FOGEL
                                                                    United States District Court Judge