JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244
Email:  mschechter@mcmanislaw.com

RONALD A. CLAYTON (admitted *pro hac vice*)
TIMOTHY J. KELLY (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone:   212-218-2100
Facsimile:   212-281-2200
Email: rclayton@fchs.com
       tkelly@fchs.com

Attorneys for Defendant,
COMBE INCORPORATED

**E-Filed 11/3/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE GLAD PRODUCTS COMPANY, et al., <br><br> Defendants. | Case No. 10-CV-00966 (JF) <br><br> **JOINT STIPULATION TO SEVER DEFENDANT COMBE INCORPORATED AND [PROPOSED] ORDER** |

Plaintiff, San Francisco Technology Inc. ("SF Tech"), and Defendant, Combe Incorporated ("Combe"), hereby stipulate and agree that Combe shall be severed from this case. This stipulation is made in light of the Court's ruling in the above-captioned litigation, *San Francisco Technology Inc. v. the Glad Products Co.* (Docket No. 315), where the Court determined, under similar circumstances, that severance is appropriate. Subject to the Court's

approval, the parties request that the Clerk open a new case number for the matter captioned *San Francisco Technology Inc. v. Combe Incorporated*, and file a copy of the Complaint, Combe's Answer and this stipulation in that new case.

      IT IS SO STIPULATED.

Dated:  November 2, 2010        McMANIS FAULKNER

                                                  /s/ Matthew Schechter
                                        MATTHEW SCHECHTER

                                        Attorneys for Defendant,
                                        COMBE INCORPORATED

      In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 2, 2010        MOUNT & STOEKLER, P.C.

                                                /s/ Daniel H. Fingerman
                                        DANIEL H. FINGERMAN

                                        Attorneys for Plaintiff
                                        SAN FRANCISCO TECHNOLOGY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  11/3/2010                   By: _____
                                                 HONORABLE JEREMY FOGEL
                                                 United States District Judge