**E-Filed 11/4/2010**

Rachel M. Walsh (SBN 250568)
rachel.walsh@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500

Brian D. Sieve, P.C. (*Pro Hac Vice*)
brian.sieve@kirkland.com
Terrence J. Dee, P.C. (*Pro Hac Vice*)
terrence.dee@kirkland.com
Matthew V. Topic (*Pro Hac Vice*)
matthew.topic@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for Defendant Johnson Products Company, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| San Francisco Technology Inc., <br><br> Plaintiff, <br><br> vs. <br><br> The Glad Products Company, et al. <br><br> Defendants. | CASE NO. 5:10-CV-00966-JF (PVT) <br> ORDER APPROVING <br> **JOINT STIPULATION TO SEVER DEFENDANT JOHNSON PRODUCTS** |

STIPULATION TO SEVER DEFENDANT    CASE NO. 5:10-CV-00966-JF (PVT)
JOHNSON PRODUCTS

1   WHEREAS, Plaintiff San Francisco Technology Inc. ("SF Tech") filed its Complaint (D.I. 1) on March 5, 2010 (the "Complaint") alleging that numerous defendants have falsely marked articles in violation of 35 U.S.C. § 292;

WHEREAS, Defendant Johnson Products Company, Inc. ("JPC") previously filed a Motion To Dismiss For Failure To State A Claim (the "Motion To Dismiss");

WHEREAS, on May 28, 2010, this Court entered a stipulation staying the hearing on JPC's Motion To Dismiss and all proceedings as to JPC and certain other defendants until the Federal Circuit entered a decision in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("*Stauffer*") (D.I. 189) (the "Stipulated Stay");

WHEREAS, this Court's Order Re Pending Motions on July 19, 2010 (D.I. 315) ordered that "this action is hereby severed as to each and every separate defendant" (at 21:16–18), but did not instruct the Clerk to open a new case number as to JPC (the "July Order");

WHEREAS, the Federal Circuit entered a decision in *Stauffer* on August 31, 2010, and, accordingly on October 14, 2010, this Court issued an Order lifting "the stay of litigation imposed by" the July Order, in, among others, Case No. 5:10-cv-00966 *San Francisco Technology Inc. v. The Glad Products Co.* (D.I. 319) ("October Order");

THEREFORE, for the avoidance of doubt, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  The Complaint against JPC will be formally severed into a separate action, and will be assigned a new case number for the matter *San Francisco Technology Inc. v. Johnson Products Company, Inc*.

2.  The October Order lifts the Stipulated Stay as to JPC.

3.  JPC's responsive pleadings are due no later than November 15, 2010.

IT IS SO ORDERED.

Dated: 11/4/2010     By: _____

HONORABLE JEREMY FOGEL
United States District Judge

1

2  DATED:  November 1, 2010

Respectfully submitted,

/s/ Daniel H. Fingerman (with permission)
Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street,
Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

/s/ Rachel Walsh

Rachel Walsh (SBN 250568)
rachel.walsh@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Brian D. Sieve, P.C. (Pro Hac Vice)
brian.sieve@kirkland.com
Terrence J. Dee, P.C. (Pro Hac Vice)
terrence.dee@kirkland.com
Matthew V. Topic (Pro Hac Vice)
matthew.topic@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant*
*Johnson Products Company, Inc.*

JOINT STIPULATION TO SEVER DEFENDANT
JOHNSON PRODUCTS COMPANY, INC.

CASE NO. 5:10-CV-00966-JF (PVT)

**Certificate of Service**

The undersigned certifies that on November 1, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: November 1, 2010              Kirkland & Ellis LLP

                                    s/ Rachel Walsh_____
                                    **Error! Reference source not found.**