David K. Callahan, P.C. (IL 6206671)
david.callahan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorney for Defendant
Colgate-Palmolive Company

Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street,
Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

\*\*E-Filed 11/16/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>The Glad Products Company, et al.<br><br>          Defendants. | CASE NO. 5:10-CV-00966-JF (PVT)<br>ORDER APPROVING<br>**JOINT STIPULATION TO SEVER DEFENDANT COLGATE-PALMOLIVE COMPANY** |

1  WHEREAS, Plaintiff San Francisco Technology Inc. ("SF Tech") filed its Complaint (D.I. 1) on March 5, 2010 (the "Complaint") alleging that numerous defendants have falsely marked articles in violation of 35 U.S.C. § 292;

WHEREAS, Defendant Colgate-Palmolive Company ("Colgate") filed a Motion To Dismiss For Failure To State A Claim on April 8, 2010 (D.I. 83) (the "Motion To Dismiss");

WHEREAS, on May 28, 2010, this Court entered a stipulation staying the hearing on Colgate's Motion To Dismiss and all proceedings as to Colgate and certain other defendants until the Federal Circuit entered a decision in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("*Stauffer*") (D.I. 189) (the "Stipulated Stay");

WHEREAS, this Court's Order Re Pending Motions on July 19, 2010 (D.I. 315) ordered that "this action is hereby severed as to each and every separate defendant" (at 21:16–18), but did not instruct the Clerk to open a new case number as to Colgate (the "July Order");

WHEREAS, the Federal Circuit entered a decision in *Stauffer* on August 31, 2010, and, accordingly on October 14, 2010, this Court issued an Order lifting "the stay of litigation imposed by" the July Order, in, among others, Case No. 5:10-cv-00966 *San Francisco Technology Inc. v. The Glad Products Co.* (D.I. 319) ("October Order");

THEREFORE, for the avoidance of doubt, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  The Complaint against Colgate will be formally severed into a separate action, and will be assigned a new case number for the matter *San Francisco Technology Inc. v. Colgate-Palmolive Company*.

2.  The October Order lifts the Stipulated Stay as to Colgate.

3.  Colgate's responsive pleadings are due no later than November 15, 2010.

IT IS SO ORDERED.

Dated: 11/16/2010         By: _____
                              HONORABLE JEREMY FOGEL
                              United States District Judge

| | | |
|---|---|---|
|1| | |
|2|DATED: October 26, 2010|Respectfully submitted,|
|3| |/s/ Daniel H. Fingerman (with permission)|

DATED: October 26, 2010                               Respectfully submitted,

/s/ Daniel H. Fingerman (with permission)
Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street,
Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

/s/ David K. Callahan
David K. Callahan, P.C. (IL 6206671)
david.callahan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Rachel Walsh (SBN 250568)
rachel.walsh@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
Colgate-Palmolive Company