1   RYAN KROMHOLZ & MANION, S.C.                    **E-Filed 11/22/2010**
2   DANIEL R. JOHNSON, WI Bar No. 1033981
    djohnson@rkmiplaw.com
    P.O. BOX 26618
3   Milwaukee, WI  53226-0618
    TELEPHONE: (262) 783-1300
4   FACSIMILE: (262) 783-1211

5   HANSON BRIDGETT LLP
    STEPHEN B. PECK - 72214
6   speck@hansonbridgett.com
    425 Market Street, 26th Floor
7   San Francisco, CA  94105
    TELEPHONE:  (415) 777-3200
8   FACSIMILE:  (415) 541-9366

9   Attorneys for Defendant Bajer Design & Marketing, Inc.

10                    **UNITED STATES DISTRICT COURT**

11              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN JOSE DIVISION**

13

14
    SAN FRANCISCO TECHNOLOGY, INC.,        No. CV10-00966 JF PVT
15                                         ORDER APPROVING
                Plaintiff,                 **JOINT STIPULATION TO SEVER**
16                                         **DEFENDANT BAJER DESIGN &**
         v.                                **MARKETING, INC.**
17
    THE GLAD PRODUCTS COMPANY,
18  BAJER DESIGN & MARKETING INC.,
    BAYER CORPORATION, BRIGHT              Complaint Filed:  March 5, 2010
19  IMAGE CORPORATION, CHURCH &
    DWIGHT CO. INC., COLGATE-
20  PALMOLIVE COMPANY, COMBE
    INCORPORATED, THE DIAL
21  CORPORATION, EXERGEN
    CORPORATION, GLAXOSMITHKLINE
22  LLC, HI-TECH PHARMACAL CO. INC.,
    JOHNSON PRODUCTS COMPANY
23  INC., MAYBELLINE LLC, MCNEIL-PPC
    INC., MEDTECH PRODUCTS INC.,
24  PLAYTEX PRODUCTS INC., RECKITT
    BENCKISER INC., ROCHE
25  DIAGNOSTICS CORPORATION,
    SOFTSHEEN-CARSON LLC, SUN
26  PRODUCTS CORPORATION,
    SUNSTAR AMERICAS INC.,
27
                Defendants.
28
                                       - 1 -

1    WHEREAS, Plaintiff San Francisco Technology Inc. ("SF Tech") filed its

2    Complaint (Docket No. 1) on March 5, 2010 (the "Complaint") alleging that numerous

3    defendants have falsely marked articles in violation of 35 U.S.C. § 292;

4    WHEREAS, Defendant Bajer Design & Marketing, Inc. ("Bajer") previously filed a

5    Motion To Dismiss For Failure To State A Claim (the "Motion To Dismiss");

6    WHEREAS, on May 28, 2010, this Court entered a stipulation staying the hearing

7    on Bajer's Motion To Dismiss and all proceedings as to Bajer and certain other

8    defendants until the Federal Circuit entered a decision in *Stauffer v. Brooks Bros.*,

9    Appeal Nos. 2009-1428, 2009-1430, 2009-1453 ("Stauffer") (D.I. 189) (the "Stipulated

10   Stay");

11   WHEREAS, this Court's Order Re Pending Motions on July 19, 2010 (Docket No.

12   315) ordered that "this action is hereby severed as to each and every separate

13   defendant" (at 21:16–18), but did not instruct the Clerk to open a new case number as to

14   Bajer (the "July Order");

15   WHEREAS, the Federal Circuit entered a decision in *Stauffer* on August 31, 2010,

16   and, accordingly on October 14, 2010, this Court issued an Order lifting "the stay of

17   litigation imposed by" the July Order, in, among others, Case No. 5:10-cv-00966 *San*

18   *Francisco Technology Inc. v. Bajer Design & Marketing, Inc.* (D.I. 319) ("October Order");

19   WHEREAS, at the November 5, 2010 Case Management Conferences involving

20   Plaintiff and other defendants from the Original Case, this Court ruled from the bench

21   that all responsive motions in all of Plaintiff's cases still pending from the Original Case

22   should be heard on Thursday, January 20, 2011 at 1:30 p.m., and that the Local Rules'

23   normal 35-day briefing schedule shall apply;

24   THEREFORE, for the avoidance of doubt, the Parties, by and through their

25   respective counsel of record, hereby stipulate and agree as follows:

26   1.    The Complaint against Bajer will be formally severed into a separate

27   action, and will be assigned a new case number for the matter *San Francisco*

28   *Technology Inc. v. Bajer Design & Marketing, Inc.*

- 2 -

2.      The October Order lifts the Stipulated Stay as to Bajer.

3.      Bajer's responsive pleadings are due no later than December 1, 2010.

Dated:  November __22__, 2010                    _____

THE HONORABLE JEREMY FOGEL
United States District Court Judge

DATED:  November 11, 2010                        Respectfully submitted,

/s/ Daniel H. Fingerman (with permission)
Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

/s/ Daniel R. Johnson  (with permission)
DANIEL R. JOHNSON
RYAN KROMHOLZ & MANION, S.C.
P.O. BOX 26618
Milwaukee, WI  53226-0618
Telephone: (262) 783-1300
Facsimile: (262) 783-1211

Counsel for Defendant Bajer Design &
Marketing, Inc.

- 3 -

JOINT STIPULATION TO SEVER DEFENDANT BAJER DESIGN &
MARKETING, INC., CASE NO. CV10-00966 JF PVT                        2735699.1

1

## **Certificate of Service**

2      The undersigned certifies that on November 11, 2010, the foregoing document

3   was filed with the Clerk of the U.S. District Court for the Northern District of California,

4   using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and

5   General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties

6   and counsel who have appeared in this action, who have consented under Civil L.R. 5-5

7   and General Order 45 to accept that Notice as service of this document.

8   Date: November 11, 2010

9                                                   Yvonne M. Pete

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

JOINT STIPULATION TO SEVER DEFENDANT BAJER DESIGN &
MARKETING, INC., CASE NO. CV10-00966 JF PVT

2735699.1