Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Glad Products Company<br><br>Defendants | Case No. 5:10-cv-00966-JF-PSG<br><br>**Statement of Recent Decision**<br><br>Date:       January 20, 2011<br>Time:      1:30 p.m.<br>Room:    Courtroom 3, 5th Floor<br>Judge:    Judge Jeremy Fogel |

1    Pursuant to Local Rule 7-3(d), San Francisco Technology Inc. submits this Statement of
2 recent decision.  On January 27, 2011, the U.S. District Court for the Northern District of Illinois
3 issued a memorandum opinion in *San Francisco Technology Inc. v. Sunstar Americas Inc.*, Case No.
4 1:10-cv-05000-AJS (N.D. Ill.).  A copy of the memorandum opinion is attached hereto as Exhibit 1.

   The *Sunstar* case was originally filed in this District and was originally captioned *San Francisco Technology Inc. v. The Glad Products Company, et. al.*, Case No. 5:10-cv-00966-JF-PVT.  The complaint in the *Sunstar* case is the same complaint about which this court heard oral arguments on January 20, 2011.  Sunstar's motion to dismiss was substantially similar to the motions heard by this court on January 20, 2011.

Date: January 27, 2011                    Mount, Spelman & Fingerman, P.C.,
                                                          /s/ Daniel H. Fingerman
                                          Counsel for San Francisco Technology Inc.

## Certificate of Service

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: January 27, 2011                    Mount, Spelman & Fingerman, P.C.,
                                                          /s/ Daniel H. Fingerman
                                          Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False002\Attorney_Notes\Drafts\Glad\Statement of Recent Decision re Sunstar Order.doc