MELINDA L. HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5087
    Facsimile:   (408) 535-5081
    Email:       michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | No. C 10-966 JF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE UNITED STATES TO INTERVENE** |
| THE GLAD PRODUCTS COMPANY, | |
| Defendant. | Hon. Jeremy Fogel |

The parties, along with the United States of America, stipulate to the following request made by counsel for the United States of America to obtain an additional 30 days in which to intervene to defend the constitutionality of 35 U.S.C. § 292 in this case. Federal Rule of Civil Procedure 5.1(c) gives the Court the power to grant this additional time as it states, in relevant part, "[u]nless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier." The current deadline for moving to intervene is February 14, 2011, and counsel for the United States needs the requested additional time in order to obtain the necessary approval from the Solicitor General's office to intervene in this action. Counsel for Plaintiff and Defendant have agreed that this limited extension of time is acceptable.

///

///

///w Text

| | | |
|---|---|---|
| 1 | Dated: February 3, 2011 | Respectfully submitted, |
| 2 | | MELINDA HAAG |
| 3 | | United States Attorney |

_____/s/ Michael T. Pyle_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorney for United States of America

Dated: February 3, 2011    MOUNT, SPELMAN & FINGERMAN, P.C.

_____/s/ Daniel H. Fingerman_____
Counsel for San Francisco Technology, Inc.

Dated: February 3, 2011    FARELLA BRAUN MARTEL

_____/s/ Roderick Manley Thompson_____
Counsel for The Glad Products Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

　　　The Court, having considered the stipulation of the parties and the United States, orders that the United States shall have until March 16, 2011 to file a motion to intervene in this case to defend the constitutionality of 35 U.S.C. § 292 in this case.

DATED: February 4, 2011

_____
HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE